# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MASCARENAS, | Case No. EDCV 13-1109-BRO (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DAVID B. LONG, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 3, 2013

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE